IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER R. BAILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 3:23-cv-497-RAH-CSC ) |
| OPELIKA POLICE DEPARTMENT, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On December 4, 2023, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 4.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED without prejudice. Final judgment will be entered separately.

DONE, on this the 4th day of January 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE